# CRIMINAL DOCKET — U.S. District Court

| PO | ☐ | 0313 | 2 | ~~1333CG~~ | ☐ WRIT | vs. | NARDUCCI, PHILLIP | 01 | 11 | 88 | Docket No. 00003 | Def. 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Misd. | ☐ | | | Disp./Sentence | ☐ JUVENILE | • | | | | | | |
| Felony | ☒ | District | Off | ~~1347FVA~~ Judge/Magistr. | ☐ ALIAS OFFENSE ON INDEX CARD | | JS-3 5/89 | 19 | No. of Def's | U.S. MAG. CASE NO. | | |

**I. CHARGES**

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG |
|---|---|---|---|
| 18:1962(c)(d) LS and 1963 RICO | Cts. 1 & 2 | 2  2 | |

SUPERSEDING COUNTS

**II. KEY DATE**

- INTERVAL ONE — KEY DATE / EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears-on complaint / 1st appears with or waives counsel
- END ONE AND/OR BEGIN TWO — KEY DATE 01-11-88 APPLICABLE: ☒ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony W/waiver / ARRAIGNMENT
- KEY DATE 6/13/88: a) ☐ 1st appears on pending charge /R40  b) ☐ Receive file R20/21  c) ☒ Supsdg ☒ IIndt ☐ Inf  d) ☐ Order New trial  e) ☐ Remand  f) ☐ G/P Withdrawn / 1st Trial Ended / RE-TRIAL / 2nd Trial Began / DISPOSITION DATE / SENTENCE DATE
- END INTERVAL TWO — KEY DATE APPLICABLE: ☐ Dismissal ☐ Pled guilty / After N.G. ☐ Nolo / After nolo ☐ Trial (voir dire) began ☐ Jury ☐ N.J.

PTD ☐  Nolle Pros. ☐  FINAL CHARGES DISMISSED: ☐ on S.T. grounds ☐ W.P. ☐ WOP  on def motion / on gov't motion

**III. MAGISTRATE**

| | DATE | INITIAL/NO. | | | INITIAL/NO. | OUTCOME |
|---|---|---|---|---|---|---|
| Search Warrant: Issued / Return | | | INITIAL APPEARANCE DATE ▶ | | | ☐ DISMISSED |
| Summons: Issued / Served | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING | Date Scheduled ▶ / Date Held ▶ | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Arrest Warrant Issued | | | ☐ WAIVED ☐ NOT WAIVED  Tape Number | | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| COMPLAINT ▶ | | | ☐ INTERVENING INDICTMENT | | | |
| Date of Arrest | OFFENSE (In Complaint) | | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:

RULE ☐ 20 ☐ 21 ☐ 40 ☐ In ☐ Out

**IV. ATTORNEYS**

U.S. Attorney or Asst.:
- ~~Albert J. Wicks, Esq.~~   *~~Arnold H. Gordon,~~ Esq.
- ~~Louis R. Pichini,~~ Esq.   David E. Fritchey, Esq.

Defense: 1 ☐ CJA  2 ☒ Ret.  3 ☐ Waived  4 ☐ Self.  5 ☐ Non/Other.  6 ☐ PO.  7 ☐ CO

Donald Marino, Esq.
8th Flr. Robinson Bldg.
42 So. 15th St.
Phila., PA. 19102

Donald F. Manno, Esq. (26)
~~Kevon Office Center~~
~~2500 McClellan Avenue~~
~~Suite 140~~
~~Pennsauken, NJ 08109~~
900 Dudley Ave.
Suite 250
Cherry Hill, NJ 08002
(per phone call of 2/18/98)

Philip A. Narducci (39)
No. 37265-066
Box 3000
White Deer, PA 17887

DONALD F. MANNO, ESQ.
601 LONGWOOD AVENUE
CHERRY HILL, NJ 08002
Phone: (609)665-6464
Fax: (609)665-1044
(FOR DEFT)

**BAIL • RELEASE**

PRE-INDICTMENT
- Release Date
- Bail ☐ Denied   ☐ Fugitive  ☐ Pers. Rec.  ☐ PSA
- AMOUNT SET $
- Date Set
- Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other
- ☐ Bail Not Made
- Date Bond Made

POST-INDICTMENT
- Release Date
- Bail ☐ Denied   ☐ Fugitive  ☐ Pers. Rec.  ☐ PSA
- AMOUNT SET $
- Date Set
- Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other
- ☐ Bail Not Made
- Date Bond Made

APPEALS FEE PAYMENTS

**FINE AND RESTITUTION PAYMENTS** | Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

| DATE / DOCUMENT NO | | | V. PROCEEDINGS | VI EXCLUDABLE DELAY |
|---|---|---|---|---|
| | 88 | 00003 11 | MASTER DOCKET - MULTIPLE DEFENDANT CASE PAGE ___ OF ___ / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | Start Date / End Date | Ltr Code | Total Days |

| Doc # | 1988 | Day | Proceedings | Code |
|---|---|---|---|---|
| -- | Jan | 11 | TRUE BILL | |
| 1 | " | 14 | ORDER THAT THE WARDEN OF HOLMESBURG PRISON AND THE U.S. MARSHAL PRODUCE THE BODY OF DEFT. ON 1/21/88 AT 10:00 A.M. FOR ARRAIGNMENT, FILED.<br>1/15/88 entered. | CG |
| 2 | " | 19 | GOVT'S MOTION FOR PRE-TRIAL DETENTION, FILED. | |
| 3 | " | 21 | PLEA: NOT GUILTY TO CTS. 1 & 2, Deft. allowed 10 days to file motions, Trial set for 2/29/88, filed. | TGL |
| 4 | " | 21 | Appearance of Donald Marino, Esq., filed. | |
| 5 | " | 27 | Certified copy of Order dated 1/14/88 returned "executed on 1/21/88", filed. | |
| 6 | Feb | 2 | ORDER THAT DEFT. IS HELD WITHOUT BAIL; PRETRIAL DETENTION HEARING IS PASSED WITHOUT PREJUDICE UNTIL A LATER DATE UPON APPLICATION OF DEFT., FILED.<br>2/3/88 ENTERED AND COPIES MAILED. | TGL |
| -- | " | 3 | ORDER THAT ALL DEFTS MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS IS GRANTED AND DEFTS ARE PERMITTED TO FILE MOTIONS BY 3/4/88, FILED. (88-0003-01)<br>2/3/88 entered & copies mailed. | FVA |
| -- | " | 3 | ORDER DATED 2/2/88 THAT THE CASE IS REASSIGNED TO THE CALENDAR OF THE HON. FRANKLIN S. VAN ANTWERPEN, FILED. (88-0003-01)<br>2/3/88 entered & copies mailed. | JF |
| -- | Mar. | 7 | ORDER THAT ALL DEFTS ARE PERMITTED TO FILE PRETRIAL MOTIONS BY 6/15/88, FILED. (88-003-01)<br>2/3/88 entered & copies mailed. | FVA |
| -- | " | 7 | ORDER THAT THE ACTION CANNOT PROCEED TO TRIAL AND DISPOSITION AND MUST BE CONTINUED BECAUSE COUNSEL NEEDS MORE TIME TO PREPARE, ETC., FILED. (88-003-01)<br>3/8/88 entered & copies mailed. | FVA |
| 7 | Apr. | 18 | COUNSELS' JOINT MOTION & STIPULATION FOR CONTINUANCE, FILED. | |
| -- | May | 16 | MEMORANDUM & ORDER VAN ANTWERPEN, J. THAT THE MOTION OF JOSEPH CIANCAGLINI TO DISMISS CTS. 1 & 2 ARE DENIED, AND THE STIPULATION AND MOTIONS FOR CONTINUANCE ARE GRANTED AND APPROVED TO 11/1/88, FILED. (88-0003-04)<br>5/16/88 entered & copies mailed. | FVA |
| -- | Jun. | 13 | SUPERSEDING INDICTMENT, filed. | |
| 8 | " | 20 | PETITION & ORDER THAT THE WARDEN, DETENTION CENTER, PHILA. AND THE U.S. MARSHAL PRODUCE THE BODY OF DEFT. ON 6/30/88 AT 10:00 A.M. FOR ARRAIGNMENT, FILED.<br>6/20/88 entered & copies mailed. | FVA |
| -- | " | 22 | ORDER DATED 6/21/88 THAT ALL DEFTS ARE PERMITTED TO FILE PRETRIAL MOTIONS BY 6/30/88, FILED. (88-3-01)<br>6/22/88 entered & copies mailed. | FVA |
| -9 | " | 30 | Certified copy of Order dated 6/20/88 returned "executed on 6/30/88", filed. | |
| 10 | " | 30 | PLEA ON SUPERSEDING INDICTMENT: NOT GUILTY TO CTS. 1 & 2, Trial to be set, filed. | EEN |
| -- | Jul. | 1 | ORDER THAT THE CASE IS SPECIALLY LISTED FOR JURY TRIAL ON 9/6/88 AT 10:00 A.M. IN COURTROOM 15A, ETC., FILED. (88-3-01)<br>7/1/88 entered | CLK |
| -- | " | 8 | Pre-Trial Conference of 7/7/88 re: each deft. shall be deemed to have joined in every applicable motion filed by a co-deft., trial may proceed on 9/6/88 as scheduled, filed. (88-3-01) | |

CONT....p.2
CONTINUED TO PAGE ___

| DATE | PROCEEDINGS (continued)<br>(Document No.) | V. EXCLUDA<br>(a) \| (b) |
|---|---|---|
| 1988 | | |
| Jul 13 | ORDER THAT EACH DEFT SHALL BE DEEMED TO HAVE JOINED IN EVERY APPLICABLE MOTION FILED BY A CO-DEFT, WITH THE FOLLOWING EXCEPTIONS, ETC.; THAT THE UNITED STATES HAS UNTIL 7/21/88 TO REPLY TO ALL DEFENSE MOTIONS NOW BEFORE THE COURT, FILED.   (88-3-01)   FVA<br>7/14/88 entered & copies mailed. | |
| Aug. 3 | GOVT'S MOTION TO REGULATE EXHIBITS, CERT. OF SERVICE, FILED. | (88-3-01) |
| 11   " 8 | PETITION & ORDER THAT THE WARDEN, DETENTION CENTER AND THE U.S. MARSHAL PRODUCE THE BODY OF DEFT. ON 8/29/88 AT 10:00 A.M. FOR TRIAL, ETC., FILED.<br>8/8/88 entered. | FVA |
| " 9 | GOVT'S MOTION, FILED. (UNDER SEAL) | |
| " 9 | GOVT'S MOTION TO SEAL GOVT'S MOTION, FILED. (88-3-01) | |
| " 12 | GOVT'S SUPPLEMENTAL MOTION TOGETHER WITH MOTION TO SEAL, FILED. (UNDER SEAL)(88-3-01) | |
| " 19 | MOTION OF PHILA. NEWSPAPERS INC. TO INTERVENE, MEMORANDUM, CERT. OF SERVICE, FILED. (88-3-01) | |
| " 19 | MOTION OF PHILA. NEWSPAPERS, INC. FOR ACCESS TO JUDICIAL RECORDS AND PROCEEDINGS, MEMORANDUM, CERT. OF SERVICE, FILED. | (88-3-01) |
| " 31 | Defts' Answer to Govt's Motion, filed. (UNDER SEAL) | |
| Sep. 12 | Hearing of 9/8/88 re: Pre-Trial Motions, filed. (88-3-01) | |
| " 12 | Govt's proposed examination of prospective jurors, Cert. of Service, filed. (88-3-01) | |
| " 13 | Hearing of 9/9/88 re: Govt's motion to dismiss predicate act to do with Frank D'Alfonso murder is Granted, filed. (88-3-01) | |
| " 13 | ORDER THAT ALL DEFTS ARE PERMITTED TO RECEIVE A CHANGE OF CLOTHES FOR PURPOSES OF TRIAL, FILED. (88-3-01)<br>9/14/88 entered & copies mailed. | FVA |
| " 13 | ORDER THAT THE JURORS AND ALTERNATE JURORS SHALL BE SEQUESTERED FOR THE DURATION OF THIS TRIAL, ETC., FILED.   (88-3-01)<br>9/14/88 entered & copies mailed. | FVA |
| " 14 | ORDER DATED 9/9/88 THAT THE GOVT'S MOTION FOR A SEQUESTERED AND ANONYMOUS JURY IS GRANTED, FILED.   (88-3-01)<br>9/15/88 entered. | FVA |
| " 14 | GOVT'S MOTION IN LIMINE TO BAR REFERENCE TO DEFTS' PRIOR ACQUITTALS, MEMORANDUM IN SUPPORT, FILED.   (88-3-01) | |
| " 15 | ORDER AMENDING ORDER OF 7/1/88, FILED. (88-3-01)<br>9/16/88 entered. | |
| " 16 | Jury processing of 9/12/88, filed. (88-3-01) | |
| " 16 | JURY TRIAL OF 9/13/88 day 1 re: Jury selection, Voir Dire begins, filed. (88-3-01) | |
| " 16 | Trial of 9/14/88 resumes day 2 re: Voir dire resumes, filed. | |
| " 16 | Trial of 9/15/88 resumes day 3 re: Voir dire resumes, filed. | (88-3-01) |
| " 16 | GOVT'S MOTION FOR PROTECTIVE ORDER, CERT. OF SERVICE, FILED. | (88-3-01) |
| " 21 | Trial of 9/16/88 resumes day 4, filed. (88-3-01) | |
| " 21 | Trial of 9/19/88 resumes day 5, filed. (88-3-01) | |
| " 21 | Trial of 9/20/88 resumes day 6, filed. (88-3-01) | |
| " 23 | Jury processing of 9/21/88, filed. (88-3-01) | |

OVER

| DATE 1988 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| -- Sep. 23 | Trial of 9/22/88 resumes day 7, filed. (88-3-01) | | | | |
| -- " 23 | Trial of 9/23/88 resuems day 8 re: Govt's motion for protective order - Denied, filed. (88-3-01) | | | | |
| -- " 26 | Govt's memorandum on the admissibility of expert testimony TO explain the structure, terminonlogy and participate in La Cosa Nostra, Cert. of Service, filed. (88-3-01) | | | | |
| -- " 26 | ORDER THAT THE RECORDED CONVERSATIONS THAT THE GOVT. INTENDS TO INTRODUCE SATISFY THE REQUIREMENTS OF U.S. v. STARKS, ETC., FILED. (88-3-01)   9/27/88 entered & copies mailed. | FVA | | | |
| -- " 27 | Govt's memorandum regarding audibility of tape recorded conversations, filed. (88-3-01) | | | | |
| -- " 27 | Trial of 9/24/88 resumes day 9, filed. (88-3-01) | | | | |
| -- " 27 | Trial of 9/26/88 resumes day 10, filed. (88-3-01) | | | | |
| -- " 28 | ORDER THAT THE RECORDED CONVERSATIONS INTERCEPTED BY THE FBI SATISFY THE REQUIREMENTS OF U.S. v. STARKS, ETC., FILED. (88-3-01)   9/29/88 entered & copies mailed. | | | | |
| -- " 28 | Govt's proposed examination of prospective jurors, filed. (88-3-01) | | | | |
| -- " 28 | Govt's memorandum in support of the use of charts at trial, filed. (88-3-01) | | (88-3-01) | | |
| -- " 29 | Trial 9/27/88 resumes day 11, filed. (88-3-01) | | | | |
| -- " 29 | Trial 9/27/88 resumes day 12 re: Defts. motion to dismiss the two predicate acts - Denied, filed. | | | | |
| -- " 29 | Deft's waiver of presence of counsel, filed. (88-3-01) | | | | |
| -- " 29 | GOVT'S MOTION IN LIMINE TO BAR REFERENCE TO DEFTS' PREOR ACQUITTALS, MEMORANDUM IN SUPPORT, FILED. (88-3-01) | | | | |
| -- " 30 | Trial of 9/29/88 resumes, day 13, filed. (88-3-01) | | | | |
| -- " 30 | Trial of 9/30/88 resumes, day 14 re: Defts motion for mistrial is Denied, filed. (88-3-01) | | | | |
| -- Oct. 4 | Trial of 10/1/88 resumes day 15 re: Suppression hearing held, filed. (88-3-01) | | | | |
| -- " 4 | Govt's memorandum in support of the admission of Photographs of murders, cert. of service, filed. (88-3-01) | | | | |
| -- " 4 | Govt's memorandum on relevance of testimony of Kenneth McNair, filed. (88-3-01) | | | | |
| -- " 5 | Trial of 10/3/88 resumes, day 16, filed. (88-3-01) | | | | |
| -- " 5 | COUNSELS' MOTION FOR EXPEDITED PAYMENTS, CERT. OF SERVICE, FILED. (88-3-01) | | | | |
| -- " 5 | ORDER THAT THE U.S. MARSHALS ALLOW THE DEFENSE ATTORNEYS TO BRING RECORDING DEVICES TO THE ATTORNEYS' ROOM, ETC., FILED.   10/6/88 entered & copies mailed. | FVA | (88-3-01) | | |
| -- " 6 | Trial of 10/4/88 resumes, day 17, filed. (88-3-01) | FVA | | | |
| -- " 6 | ORDER THAT CHRISTOPHER FURLONG, W. WILLIS BERRY, JR., HOPE C. LEFEBER, STEPHEN P. PATRIZIO, ROBERT E. MADDEN, LOUIS T. SAVINO, AND PETER J. SCUDERI ARE PERMITTED TO SUBMIT BI-WEEKLY VOUCHERS FOR SERVICES RENDERED, FILED. (88-3-01)   10/6/88 entered and copies mailed. | | | | |
| -- " 7 | Trial of 10/5/88 resumes day 18, filed. (88-3-01) | | | | |
| -- " 11 | Trial of 10/6/88 resumes day 19, filed. (88-3-01) | | | | |
| -- " 11 | Trial of 10/7/88 resumes day 20, filed. (88-3-01) | | | | |
| -- " 11 | Trial of 10/10/88 resumes day 21 re: Govt's 404(b) motion is Granted, filed. (88-3-01) | | | | |
| -- " 13 | Trial of 10/11/88 resumes day 22, filed. (88-3-01) | | | | |

CONTINUED...

| DATE 1988 | (Document No.) | PROCEEDINGS (continued) | V. EXCLUD (a) \| (b) |
|---|---|---|---|
| -- Oct. | 13 | Trial of 10/12/88 resumes day 23, filed. (88-3-01) | |
| -- " | 17 | Trial of 10/13/88 resumes day 24 re: R. Simone's motion for mistrial - Denied, filed. (88-3-01) | |
| -- " | 17 | Trial of 10/14/88 resumes day 25 re: M. Pinsky's motion for mistrial-Denied, filed. (88-3-01) | |
| -- " | 17 | Trial of 10/15/88 resumes day 26 re: S. Patrizio's motion for mistrial - Denied, filed. (88-3-01) | |
| -- " | 19 | Trial of 10/17/88 resumes day 27, filed. (88-3-01) | |
| -- " | 19 | Trial of 10/18/88 resumes day 28, filed. (88-3-01) | |
| -- " | 20 | Trial of 10/19/88 resumes day 29, filed. " | |
| -- " | 21 | Transcript of 10/1/88, filed. (88-3-01) | |
| -- " | 21 | Transcript of 10/4/88, filed. (88-3-01) | |
| -- " | 21 | Transcript of 10/6/88, filed. (88-3-01) | |
| -- " | 24 | Trial of 10/20/88 resumes day 30, filed. (88-3-01) | |
| -- " | 24 | Trial of 10/21/88 resumes day 31, filed. (88-3-01) | |
| -- " | 26 | Trial of 10/25/88 resumes day 32, filed. (88-3-01) | |
| -- " | 28 | Trial of 10/26/88 resumes day 33 re: R. Simone's motion for mistrial - Denied, filed. (88-3-01) | |
| -- " | 28 | Trial of 10/27/88 resumes day 34 re: M. Pinsky's motion for mistrial - Denied, filed. (88-3-01) | |
| -- " | 31 | Trial of 10/28/88 resumes day 35, filed. (88-3-01) | |
| -- " | 31 | Trial of 10/29/88 resumes day 36, filed. (88-3-01) | |
| -- " | 31 | Trial of 10/31/88 resumes day 37, filed. (88-3-01) | |
| -- Nov. | 2 | Trial of 11/1/88 resumes day 38, filed. (88-3-01) | |
| -- " | 4 | Trial of 11/2/88 resumes day 39, filed. (88-3-01) | |
| -- " | 4 | Trial of 11/3/88 resumes day 40, filed. (88-3-01) | |
| -- " | 7 | Trial of 11/4/88 resumes re: Govt's motion to quash subpoena for production of surveillance documents - Granted, filed. (88-3-01) | |
| -- " | 9 | Trial of 11/7/88 resumes day 42 re: Govt's motion to quash is Granted, Staino and Iannece motion to preclude introduction of evidence-Denied, filed. (88-3-01) | |
| -- " | 9 | Trial of 11/8/88 resumes day 43 re: Motion for severance and mistrial-Denied, Rule 29A motions-Denied, Motion to dismiss-Denied, Motion to introduce excerpts of staino's diary-Denied, filed. (88-3-01) | |
| -- " | 10 | Transcript of 10/14/88, filed. (88-3-01) | |
| -- " | 10 | Transcript of 10/15/88, filed. (88-3-01) | |
| -- " | 10 | Trial of 11/9/88 resumes day 44, filed. (88-3-01) | |
| -- " | 14 | Trial of 11/10/88 resumes day 45, filed. (88-3-01) | |
| -- " | 14 | Govt's requests to charge, filed. (88-3-01) | |
| -- " | 15 | Trial of 11/11/88 resumes day 46 re: Defts motion to dismiss cts. 6,7,8,9, -Granted, R. Simone's motion for mistrial-Denied, filed. (88-3-01) | |
| -- " | 15 | Trial of 11/12/88 resumes day 47, filed. (88-3-01) | |
| -- " | 15 | Trial of 11/14/88 resumes day 48 re: S. LaCheen's motion for mistrial-Denied, filed. (88-3-01) | |
| -- " | 16 | Trial of 11/15/88 resumes day 49, filed. (88-3-01) | |
| -- " | 16 | ORDER THAT DEFTS' RULE 29 MOTION CONCERNING CTS. 6 THROUGH 9 IS GRANTED; MOTION OF CERTAIN DEFTS TO BE STRICKEN FROM CERTAIN RACKETEERING ACT HAVE BEEN GRANTED; GOVT'S ORAL MOTION TO REDACT AND RENUMBER THE INDICTMENT IS GRANTED, ETC., FILED 11/17/88 entered & copies mailed. | FVA (88-3- |

| DATE 1988 | | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|---|
| -- Nov. | 18 | Trial of 11/16/88 resumes day 50, filed. (88-3-01) | |
| -- " | 18 | Trial of 11/17/88 resumes day 51 re: Judge charge to jury, filed. (88-3-01) | |
| -- " | 21 | Transcript of 9/30/88, filed. (88-3-01) | |
| -- " | 21 | Transcripts of 10/1 through 10/26, 1988, filed. (10 Vols.) (88-3-01) | |
| -- " | 21 | Transcripts of 11/1 through 11/9, 1988, filed. (7 vols.) (88-3-01) | |
| -- " | 21 | Trial of 11/18/88 resumes day 52, filed. (88-3-01) | |
| -- " | 21 | Trial of 11/19/88 resumes day 53 re: Jury returns a verdict; VERDICT: GUILTY TO ALL COUNTS, FILED.    (88-3-01) | |
| -- " | 21 | ORDER THAT THE GOVT. SHALL RETAIN POSSESSION OF ALL FIREARMS AND AMMUNITION USED AS EXHIBITS PENDING APPEAL, FILED. (88-3-01)     11/21/88 entered & copies mailed. | FVA |
| 12 " | 21 | Verdict Sheet, filed. | |
| 13 " | 22 | Certified copy of Order dated 8/8/88 returned "executed on 11/21/88", filed. | |
| -- " | 23 | ORDER GRANTING DEFTS' MOTION TO EXTEND TIME, TO THE EXTENT THAT ALL PARTIES ADHERE TO SCHEDULE, ETC., FILED. (88-3-01)     11/25/88 entered and copies mailed. | FVA |
| -- Dec. | 1 | Transcript of 11/7/88, filed. (88-3-01) | |
| -- " | 13 | Transcript of 10/26/88, filed. (88-3-01) | |
| -- " | 13 | Transcript of 10/27/88, filed.     " | |
| -- " | 13 | Transcript of 10/28/88, filed.     " | |
| -- " | 13 | Transcript of 10/29/88, filed.     " | |
| -- " | 13 | Transcript of 11/16/88, filed.     " | |
| -- " | 16 | DEFTS' OMNIBUS POST-TRIAL MOTION, CERTIFICATE OF SERVICE, FILED. (88-3-01) | |
| -- " | 30 | Transcripts of Sept. 8,9,13,14,15,16,19,20,22,23,24,26,27 of 1988, filed (13 Vols.) (88-3-01) | |
| -- " | 30 | Transcripts of Oct. 3,5,6,7,10,11,12,13,14,15,19,20, of 1988, filed. (13 Vols.) (88-3-01) | |
| 1989 | | | |
| -- Jan. | 4 | Transcript of 11/11/88, filed. (88-3-01) | |
| -- " | 17 | Govt's response to defts' request for additional time to file post trial motions, cert. of service, filed. (88-3-01) | |
| -- " | 17 | ORDER THAT DEFTS' MOTION FOR EXTENSION OF TIME IS DENIED, FILED. FVA (88-3-01)     1/17/89 entered & copies mailed. | |
| -- " | 27 | DEFTS' MOTION FOR EXTENSION OF TIME TO FILE POST-TRIAL MOTIONS, CERT. OF SERVICE, FILED. (88-3-01) | |
| -- Feb. | 1 | ORDER DATED 1/31/89 THAT THE TIME FOR DEFTS TO FILE SUPPORTING BRIEFS IS EXTENDED TO 2/20/89, ETC., FILED. (88-3-01)     2/2/89 entered & copies mailed. | FVA |
| -- " | 20 | Defts' memorandum in support of omnibus post-trial motions, cert. of service, filed. (88-3-01) | |
| -- " | 28 | Transcript of 10/17/88, filed. (88-3-01) | |
| -- " | 28 | Transcript of 10/18/88, filed. (88-3-01) | |
| -- " | 28 | Transcript of 11/16/88, filed. (88-3-01) | |
| -- Mar. | 2 | Transcript of 9/28/88, filed.    (88-3-01) | |
| -- " | 2 | Transcript of 9/29/88, filed.    (88-3-01) | |
| -- " | 2 | Transcript of 9/30/88, filed.    (88-3-01) | |

CONTINUED...

| 1989 | | PROCEEDINGS (continued)<br>(Document No.) | V. EXCLUDA<br>(a) (b) |
|---|---|---|---|
| -- | Mar. 2 | Transcripts of 10/1,17,18,25,26,28,29,31, 1988, filed. (8 Vols.) | (88-3-0 |
| -- | " 2 | Transcripts of 11/1,2,3,4,7,8,9,10,11,12,15,16,17,19, of 1988, filed. (14 Vols.)    (88-3-01) | |
| -- | " 6 | Transcript of 7/7/88, filed. (88-3-01) | |
| -- | " 8 | Transcript of 10/27/88, filed. (88-3-01) | |
| -- | " 8 | Transcript of 11/14/88, filed. (88-3-01) | |
| -- | " 8 | Transcript of 11/18/88, filed. (88-3-01) | |
| -- | " 13 | GOVT'S MOTION TO EXTEND TIME TO FILE RESPONSES TO POSTTRIAL MOTIONS, CERT. OF SERVICE, FILED. (88-3-01) | |
|  | " 14 | ORDER THAT GOVT. POST TRIAL BRIEFS SHALL BE DUE ON 3/17/89, AND ORAL ARGUMENT SHALL BE HELD ON 3/23/89 AT 10:00 A.M. IN COURTROOM 3B, FILED. (88-3-01)<br>    3/15/89 entered & copies mailed. | FVA |
| -- | " 17 | Govt's response to deft's brief in support of post trial motions, cert. of service, filed. (88-3-01) | |
| -- | " 17 | Govt's Brief in response to brief by counsel for Iannece on behalf of all defts, cert. of service, filed. (88-3-01) | |
| -- | " 23 | Oral Argument re: Post Trial Motions, filed. (88-3-01) | |
| -- | " 23 | Defts' Brief in support of post trial motions, cert. of service, filed. | |
| -- | Apr. 4 | Transcript of 3/23/89, filed. (88-3-01) | |
| -- | " 20 | MEMORANDUM AND ORDER VAN ANTWERPEN, J., THAT DEFTS' POSTTRIAL MOTIONS ARE DENIED, DEFT. NARDUCCI'S SENTENCING IS SET FOR 5/4/89 AT 1:30 P.M., FILED. (88-3-01)<br>    4/20/89 entered. | FVA |
| -- | " 21 | ORDER THAT SENTENCING WILL BE HELD IN COURTROOM 15B, FILED.<br>    4/21/89 entered & copies mailed. | FVA (88-3 |
| 14 | " 21 | ORDER THAT THE WARDEN OF GRATERFORD STATE AND THE U.S. MARSHAL PRODUCE THE BODY OF DEFT. ON 5/4/89 AT 1:30 P.M. FOR SENTENCING, FILED.<br>    4/21/89 entered. | |
| -- | May 2 | ORDER AMENDING PAGE 45 OF THE MEMORANDUM AND ORDER FILED ON 4/20/89, FILED. (88-3-01)<br>    5/2/89 entered & copies mailed. | FVA |
| 15 | " 4 | Letter from Jason Facenda to Judge VanAntwerpen on behalf of deft. re: Sentencing, filed. | |
| 16 | " 4 | Affidavit of SA Charles B. Warner dated 11/1/88, filed. | |
| 17 | " 4 | Govt's Sentencing Memorandum, filed. | |
| 18 | " 4 | SENTENCE:<br>Ct. 1 - Impr. 20 yrs.<br>Ct. 2 - Impr. 20 yrs. to run consecutively to ct. 1 and to the State Sentence , Special Assesment of $50.00 on each count, filed. | |
| 19 | " 4 | JUDGMENT AND COMMITMENT ORDER, FILED.<br>    5/5/89 entered. | FVA |
| 20 | " 9 | Certified copy of Order dated 4/21/89 returned " Executed", filed. | |
| 21 | " 10 | Deft's Notice of Appeal, filed. (USCA # 89-1395)<br>(copies to: USCA, L. Pichini, Pretrial, FVA, D. Spitz) | |
| 22 | " 10 | Copy of Clerk's Notice to USCA, filed. | |
| 23 | " 26 | Copy of Transcript Purchase Order, filed. | |
| 24 | Jun. 13 | Transcript of 5/4/89, filed. | |
| -- | " 14 | RECORD COMPLETE FOR PURPOSES OF APPEAL. | |

OVER

Interval (per Section II) | Start Date / End Dat

| DATE 1990 | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| 25 Sep. | 18 | Certified copy of Order from USCA, that the Judgment of the District Court is affirmed, filed. | | | | |
| =1997= | | | | | | |
| 26 Apr | 23 | DEFENDANT'S MOTION FOR A WRIT OF HABEAS CORPUS, NEW TRIAL, AN ORDER VACATING SENTENCE, CORRECTION OF PRE-SENTENCE REPORT, AN ORDER COMPELLING THE PRODUCTION OF A COPY OF THE PETITIONERS PRE-SENTENCE REPORT, AN EVIDENTIARY HEARING AND AN ORDER AUTHORIZING THE PETITIONER TO JOIN IN SIMILAR MOTIONS FILED BY CO-DEFT, AFFIDAVIT, CERTIFICATE OF SERVICE, FILED. | | | | |
| 27 " | 30 | ORDER DATED 4/29/97 THAT THE GOVT. SHALL FILE AN ANSWER CONFORMING TO RULE 5 OF SAID 2255 MOTION WITHIN 21 DAYS OF THE DATE OF THIS ORDER, FILED.<br>4/30/97 entered, copies mailed. | FVA | | | |
| 28 MAY | 16 | ORDER DATED 5/8/97 THAT THE CLERK OF COURT FURNISH PETITIONER WITH CORRECT FORMS FOR FILING PETITION UNDER 28 USC 2255, AND THE PETITIONER SHALL COMPLETE THESE FORMS AND RETURN THEM TO THE CLERK OF COURT WITHIN 30 DAYS, FILED.<br>5/16/97 entered, copies mailed. | FVA | | | |
| 29 JUN | 3 | DEFTS MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE UNDER 28 USC 2255 (CV 97-2813) AS RESUBMITTED PER DOC. 28, FILED. | | | | |
| -- " | 4 | GOVT. MOTION TO EXTEND TIME TO RESPOND TO 28 USC 2255 MOTIONS, CERT. OF SERVICE, FILED.(CR 88-003-3) | | | | |
| 30 " | 6 | ORDER DATED 6/6/97 THAT THE TIME FOR THE GOVT. TO RESPOND TO 2255 MOTIONS IS TENDED UNTIL 7/15/97, FILED.<br>6/9/97 entered, copies mailed. | FVA | | | |
| 31 JUL | 29 | GOVT. MOTION FOR EXTENSION OF TIME TO RESPOND TO 28 USC 2255 PETITION, CERT. OFSERVICE, FILED. | | | | |
| 32 AUG | 4 | ORDER DATED 7/31/97 THAT THE GOVT. WILL RESPOND TO THE 28 USC 2255 MOTIONS FILED BY FRANK NARDUCCI JR. & PHILIP NARDUCCI BY 8/15/97, filed.<br>8/4/97 entered, copies mailed. | FVA | | | |
| 33 AUG | 15 | GOVT.'S Response to DEFTS 28 USC 2255 motion, Cert. of Service, filed. | | | | |
| 34 " | 29 | Petitioners response to the Govt.'s answer to 28 USC 2255 motion, Cert. of Service, filed. | | | | |
| 35 SEP | 19 | MEMORANDUM & ORDER DATED 9/17/97 THAT PETITIONERS REQUEST THAT HIS PSI REPORT BE AMENDED TO REFLECT HIS ACQUITTAL OF THE MURDER OF FRANK D'ALFONSO AND HE BE PROVIDED A COPY OF REPORT IS GRANTED; THE REMAINDER OF PETITIONERS MOTION IS DENIED, FILED.<br>9/19/97 entered, copies mailed. | FVA | | | |
| 36 NOV | 14 | DEFTS MOTION TO RECONSIDER AND/OR TO ISSUE A CERTIFICATE OF APPEALABILITY, MEMORANDUM, CERT. OF SERVICE, FILED. | | | | |
| 37 " | 21 | DEFTS SUPPLEMENT TO MOTION FOR RECONSIDERATION AND/OR CERTIFICATE OF APPEALABILITY, MEMORANDUM, AFFIDAVIT, WITH APPENDIX, FILED. | | | | |

===Continued===

Interval (per Section II) | Start Date / End Date | Ltr. Code | Tot. Da.

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. CR 8 |
| --- | --- | --- |

=1998=

ORDER
THE

MOTION

OCT

by Donald E. Marino, Esq.

DC 111A
(Rev. 1/75)

**CIVIL DOCKET CONTINUATION SHEET**

| PLAINTIFF | DEFENDANT | DOCKET NO. _____ |
| --- | --- | --- |
| | | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
| --- | --- | --- |
| | | |