IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | |
| PHILIP NARDUCCI, | : | 88-03 |
| | : | |

## **O R D E R**

AND NOW, this 21st day of November, 2011, upon consideration of petitioner's

motion for reconsideration (Doc. # 52) and the government's response thereto (Doc. # 54),

it is hereby ORDERED that the motion is DENIED.


BY THE COURT:


/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.